```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                    Richmond Division
```

CVMAEA HALIM,

    Plaintiff,

v.                              Civil Action No. 3:20cv83

VIRGINIA COMMONWEALTH
UNIVERSITY, et al.,

    Defendants.

**ORDER**

Having reviewed the SECOND AMENDED COMPLAINT (ECF No. 32) and finding that, throughout, it uses indefinite pronouns that make it difficult to understand who is either the subject or object of the sentence or prepositional phrase involved, and finding that accuracy of identification is essential to understand the facts of the case and to the future administration of it, it is hereby ORDERED that the plaintiff shall file a Third Amended Complaint in which the indefinite pronouns are replaced with name of the person referred to by the indefinite pronoun.

For counsel's reference, the problem appears in paragraphs 44, 46, 47, 49-51, 55, 56, 58, 71, 75, 77, 85-89, 92-95, 99, 100, 103, 110, 119, 127, 131, 133, 134, 138, 144, 146, 159, and 154-157.

The Third Amended Complaint shall be filed on January 21, 2021 and the Answer and any other motions with respect to the Third Amended Complaint shall be filed on February 5, 2021.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 13, 2021